```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

_____
                                    )
John D. Norman                      )
                                    )
       Plaintiff                )
   v.                               )   Civ. Action No. 04-1208 (EGS)
                                    )
United States, *et al.*,            )
                                    )
       Defendants.              )
_____)


### ORDER

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated by the Court in its Memorandum Opinion docketed this same day, it is this 11th day of July, 2005, hereby

**ORDERED** that plaintiff's Motion for Reconsideration and to Reinstate the Complaint is **DENIED** and plaintiff's Complaint is **DISMISSED WITH PREJUDICE;** and it is further

**ORDERED and ADJUDGED** that the Clerk shall enter final judgment in favor of defendants and shall remove this case from the active calendar of the Court.


**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          July 11, 2005**